UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC TAYLOR,<br><br>        Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK,<br><br>        Defendant. | 24-CV-4241 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 7, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  Chief United States District Judge